IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHRYN WILHELM, | ) |
| | ) |
| Plaintiff | )   Cause No.: 1:15-CV-613 |
| | ) |
| vs. | ) |
| | ) |
| AMERICAN SENIOR COMMUNITIES, LLC. | ) |
| | ) |
| Defendant | ) |

## COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Plaintiff, by counsel, and as her Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff Kathryn Wilhelm is a former employee of Defendant and was a resident of Marion County in the State of Indiana during her employment.

2. Defendant, American Senior Communities, is an employer as defined by 42 U.S.C. § 2000e(b) and conducts business in the State of Indiana.

3. Ms. Wilhelm filed a Charge of Discrimination with the Equal Employment Opportunity Commission on August 7, 2014 alleging, *inter alia*, that Defendant had violated Title VII of the Civil Rights Act of 1964, the Pregnancy Act, as amended, 42 U.S.C. § 2000e *et seq*.

4. The Equal Employment Opportunity Commission and/or the Department of Justice issued to Ms. Wilhelm a Right to Sue letter on the charge.

5. Ms. Wilhelm invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

6. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

GENERAL FACTS & SPECIFIC ALLEGATIONS

7. Ms. Wilhelm was employed as a memory care facilitator for the Defendant for 4 years and at all times met the Defendant's legitimate performance expectations.

8. On or around March 2014 Ms. Wilhelm notified her supervisor, Ashlee Davis, that she was pregnant.

9. Shortly thereafter, Ms. Wilhelm was placed on a performance improvement plan and told that she needed to improve her supervision of CNAs. This was not part of her job description.

10. Ms. Wilhelm was then terminated and told that her documentation was not in place.

Count I

11. Plaintiff incorporates by reference paragraphs one (1) through ten (10) above.

12. Defendant discriminated against Ms. Wilhelm on the basis of her being pregnant.

13. Ms. Wilhelm's being pregnant was a motivating factor in the decision to terminate her employment.

14. Ms. Wilhelm's termination was in violation of The Pregnancy Discrimination Act of 1978 and Title VII of the Civil Rights Act of 1964.

15. As a result of the foregoing, Ms. Wilhelm has sustained damages including, but not limited to, lost wages and benefits, emotional suffering, anguish, embarrassment and humiliation.

16. As a result of Defendant's actions, Ms. Wilhelm has incurred attorney fees and costs.

17. Defendant's actions were done with malice or willful reckless disregard to Ms. Wilhelm's rights.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of back pay, job reinstatement, compensatory damages, punitive damages, reasonable attorney fees, costs and all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS

/s/Paul J. Cummings
David M. Henn, 18002-49
Paul J. Cummings, 22713-41

REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS

/s/Paul J. Cummings_____
David M. Henn, 18002-49
Paul J. Cummings, 22713-41

HENN HAWORTH CUMMINGS
625 North Madison Avenue – Ste. A
Greenwood, IN  46142
(317) 885-0041;
(317) 885-0506 Fax