UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHRYN WILHELM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:15-cv-00613-WTL-TAB |
| | ) |
| AMERICAN SENIOR COMMUNITIES, LLC, AND EAGLECARE, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court, having considered the Stipulation of Dismissal With Prejudice submitted by the parties, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, the parties to bear their own costs, including attorneys' fees.

SO ORDERED:

10/28/15
Date

*William T Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

All Counsel of Record via CM/ECF